STATE OF CONNECTICUT *v.* MARK F. HELLER

The application by the defendant for a stay of execution is denied.

*David M. Reilly, Jr.,* on the application.

Submitted February 25—decided March 23, 1967

THE UNION AND NEW HAVEN TRUST COMPANY, TRUSTEE (ESTATE OF GEORGE E. MATTHIES) *v.* KATHARINE MATTHIES ET AL.

The motion by the defendants George C. Matthies et al. to dismiss the appeal from the Superior Court in New Haven County is granted.

The motion by Cleaveland J. Rice, Jr., guardian ad litem, to dismiss the appeal from the Superior Court in New Haven County is granted.

*John S. Barton,* for the appellees (defendants George C. Matthies et al.).

*Barry R. Schaller,* with whom was *Cleaveland J. Rice, Jr.,* guardian ad litem, for the appellees (defendants Linda Matthies et al.).

*Grant N. Nickerson,* with whom was *Philip N. Costello, Jr.,* for the appellant (plaintiff).

Argued April 4—decided April 4, 1967

The appellant filed a motion for reargument which was denied.